## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AIREKO CONSTRUCTION LLC., <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES,** <br><br> **Defendant.** | Civil Action No. 20-00128 |

### COMPLAINT FOR DAMAGES

Plaintiff, Aireko Construction LLC. ("Aireko"), by and through its undersigned attorney sues the United States for damages, and, upon information and belief states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1581(a) and 19 C.F.R. §174.22.

2. Aireko is a company located in Puerto Rico and is an importer of crystalline silicon photovoltaic ("CSPV") products from the People's Republic of China.

3. All of the duties and interest have been paid in full.

4. The protest was timely filed and the amendment to the protest was timely filed.

1

5. This cause of action has been timely filed.

6. The three (3) entries at issue were assessed antidumping and countervailing duties under A-570-010 and C-570-011.

7. Aireko filed a scope ruling request with the Department of Commerce ("Commerce") by letter dated August 17, 2015 because the CSPV were assembled with U. S. origin solar cells thus outside the scope of the antidumping and countervailing duty orders.

8. In a scope ruling of November 12, 2015 Commerce determined Aireko's CSPV's were within the scope of the orders.

9. On December 12, 2015 Aireko filed a complaint in the USCIT contesting Commerce's final scope determination.

10. While the court case was pending, U S Customs and Border Protection ("CBP") liquidated the three entries on September 2, 2016 by assessing antidumping and countervailing duties.

11. On December 2, 2016 Aireko filed its protest contesting the assessment of antidumping and countervailing duties on the three entries.

12. On November 12, 2019 Aireko amended its protest[1] pursuant to 19 C.F.R. §174.28 claiming the three entries were entered for consumption prior to

---

[1] By having the amendment delivered to CBP by DHL.

December 23, 2014, the date set forth in Commerce's final determination. Copy enclosed as Exhibit A.

13. The scope ruling litigation was completed on January 13, 2020 when the Court determined Aireko's CSPV's were subject to the antidumping and countervailing duty orders in Slip Op. 20-6.

14. CBP denied the protest on January 13, 2020.

15. This denied protest was mailed to undersigned counsel on June 11, 2020 and received on June 15, 2020.

16. Because the denied protest was received more than 90 days from denial, Aireko was deprived of the opportunity to request the denied protest be voided under 19 U.S.C. §1511(d) and to consider the amended protest.

## COUNT I

Paragraphs 1-16 are realleged herein.

17. "The imposition of antidumping duties is governed by 19 U.S.C. 1673e(b). Both under the general rule and the special rule set forth in that statute, the date that the merchandise is entered for consumption governs." CBP ruling HQ 225111 dated October 4, 1994

18. "Under 19 C.F.R. §141.68(a)(2) an importer may request the time of entry to be the time the entry documentation is filed if the request is made on the

entry documentation at the time of filing and the merchandise has already arrived."

19.  For the three entries, Aireko selected entry dates on its CBP Form 3461s which were made under section 141.68(a)(2).

20.  For entry summary 256-0333665-9 the arrival date was December 15, 2014 and the elected entry date was December 19, 2014.

21.  For entry summary 256-0333675-8 the arrival date was December 14, 2014 and the elected entry date was December 19, 2014.

22.  For entry summary 256-0333680-8 the arrival date was December 21, 2014 and the elected entry date was December 22, 2014.

23.  The entry dates for the three entries were prior to December 23, 2014, thus the ADD and CVD rates could not be assessed retroactively as contrary to law. See, Sunpower Corp. v. United States, 253 F. Supp. 3d 1275, 1293 (USCIT 2017).

WHEREFORE, Aireko respectfully requests the Court to make the following findings:

(1)  It was contrary to law for CBP to liquidate Aireko's three entries by assessing ADD and CVD rates retroactively;

(2)  Aireko's three entries should be reliquidated free of ADD and CVD rates with a refund of duties and interest thereon.

Respectfully submitted,

*/s/ Peter S. Herrick*

Peter S. Herrick
PETER S. HERRICK, P.A.
4324 Bayshore Blvd NE
St Petersburg FL 33703
Tel. 727-244-1600
Email: pssherrick@gmail.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with this court's ECF filing system on July 10, 2020.

*/s/ Peter S. Herrick*

Peter S. Herrick

# EXHIBIT A

## PETER S. HERRICK, P.A.
### Attorneys At Law

4324 Bayshore Blvd. NE
St. Petersburg, FL 33703
Cell: 786-877-6317
Fax. 727-851-9245
Email: pssherrick@gmail.com

301 East Ocean Blvd.
Suite 525
Long Beach, CA 90802
Tel. 562-285-2870
Web: CustomsLawyer.Net

November 11, 2019

Sigfredo Falero
Supervisory Import Specialist
San Juan Area Port
San Juan Field Office
48 Road 165 KM 1.2
Guaynabo, PR 00968

Re:   Aireko Construction Corp.
      Protest No. 4909-16-100028
      Amendment To Protest and Application For Further Review

Dear Mr. Falero:

On March 9, 2017 your office, at our request, placed the referenced protest in suspense status pending a final decision by the U. S. Court of International Trade of case number 15-00319. This case is still pending.

Little did we know when filing the protest that the U. S. Court of Appeals for the Federal Circuit would turn the country of origin definition on its head by ruling the country of assembly, most notably China, would be the country of origin for solar panels.

With this letter, we are amending the referenced protest pursuant to 19 C.F.R. §174.28 which provides "a reviewing officer may consider alternative claims and additional grounds or arguments submitted in writing by the protesting party with respect to any decision which is the subject of a valid protest at any time prior to disposition of the protest."

"Commerce instructed CBP to suspend liquidation of, and collect cash deposits at the final rate for, subject merchandise with the final scope which was 'entered, or withdrawn

1

from warehouse, for consumption on or after 12/23/2014, the date of the publication of the Solar II PRC ADD Final Results. See CBP Instructions Pertaining to Final ADD Determination, Message No. 5002303, A-470-010, ADD PD 833m bar code 3251068-01 (Jan. 2, 2015." Sunpower Corp. v. United States, 253 F. Supp. 3d 1275, 1293 (Ct. Int. Trade, 2017).

Aireko has three (3) entries covered by the referenced protest. To determine when their solar modules were "entered for consumption" we look to CBP ruling, HQ 225111 dated October 4, 1994. That ruling was requested by Toyota because of "A Notice of Preliminary Determination of possible antidumping liability..." It continues "[t]he imposition of antidumping duties is governed by 19 U.S.C. 1673e(b). Both under the general rule and the special rule set forth in that statute, the date that the merchandise is entered for consumption governs." "Under 19 CFR 141.68(a)(2) an importer may request the time of entry to be the time the entry documentation is filed if the request is made on the entry documentation at the time of filing and the merchandise has already arrived." Unfortunately for Toyota there was no elected entry date on the Entry/Immediately Delivery Request (CF 3461) supplied by Toyota made under section 141.68(a)(2).

Fortunately for Aireko, it selected an entry date on its CBP Form 3461s which were made under section 141.68(a)(2).

For entry summary number 256-0333665-9 the arrival date was 12/15/14 and the elected entry date was 12/19/14. For entry summary number 256-0333675-8 the arrival date was 12/14/14 and the elected entry date was 12/19/14. For entry summary number 256-033368-8 the arrival date was 12/21/14 and the elected entry date was 12/22/14.[1]

"Sunpower states that, 'if ["Commerce's"] position is that the expanded scope, as embodied in the Department's scope 'clarification,' is not being applied to entries prior to the date of the final determinations, we agree with ["Commerce's"] position." Reply Br. Pls. Sunpower Corporation and Sunpower Corporation, Systems 21, Mar. 29, 2016, ECF No. 91. That is ["Commerce's"] position. See Def.'s Resp. at 49–50. Accordingly, there is no dispute to resolve with respect to this issue." Sunpower Corp., supra, p. 1293.

The entry dates for the 3 entries subject to the referenced protest were prior to 12/23/14. The ADD and CVD rates at issue could only be assessed and liquidated

---

[1] The entry dates on the protest for the 3 entries were taken from Customs Bills issued after liquidation. These entry dates must be changed on the protest to conform to the entry dates *supra*.

prospectively for entry dates prospectively, that is on and after 12/23/14. the referenced protest, the ADD and CVD rates were assessed retroactively, that is for entry dates prior to 12/23/14, which is contrary to law. This amended protest should be granted and the 3 entries should be reliquidated as entered without the assessment of the ADD and CVD rates.

Sincerely,

*[signature]*

Peter S. Herrick

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY/IMMEDIATE DELIVERY**

Form Approved
OMB No. 1651-0024

BOX: 256

JOSE M. PEDRES, VINOSOS &
P.O. BOX 9020??? SAN JUAN ??? PR 00902-2695
(787) 793-2400

19 CFR 142.3, 142.16, 142.22, 142.24

AMS CARRIER
TEAM # 453

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 121414 | 121914 | 01  CONSMPTION | 256-0333675-8 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 4909 | X  119 | 333675 | |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | 66-028606800 | | SAME |

10. ULTIMATE CONSIGNEE NAME
AIREKO CONSTRUCTION CORP
LAS CASAS STREET LOT 20
INDUSTRIAL PARK
CAGUAS          PR 00725

11. IMPORTER OF RECORD NAME
SAME

| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| ZIMU | 19 | M356   OPEN SPACE L-N |
| 15. VESSEL CODE/NAME | | |
| STOR TRADER | | |
| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
| 4909 | 19 | | 427284 |

20. DESCRIPTION OF MERCHANDISE
CELL SOLA MODULE

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | ~~ZIMUSNH732320984~~ | | 8541.40.6020 | CN | CNWANIMPZHE |
| H | BTDDDEP40050257 | 72 PKG | | | |

**27. CERTIFICATION**
I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid and current, and that all requirements of 19 CFR Part 142 have been met.
SIGNATURE OF APPLICANT

PHONE NO.
(787) 782-7044  (FAX)
(787) 793-2400  (PHONE)
DATE  12/22/14

**28. CBP USE ONLY**
☐ OTHER AGENCY ACTION REQUIRED, NAMELY:
☐ CBP EXAMINATION REQUIRED
☐ ENTRY REJECTED, BECAUSE:

**29. BROKER OR OTHER GOVT. AGENCY USE**

TCLU5137083  ZCSU8176450  ZCSU8250346

IF SUBJECT TO INTENSIVE EXAMINATION
62 ZIMU3UH7320984
TRANSFER TO  M404
FROM ITS PIER LOCATION IS REQUESTED.
WE GUARANTEE PAYMENT FOR ALL CHARGES
AND EXPENSES AND ACCEPT
RESPONSIBILITY UNDER OUR BOND

DELIVERY AUTHORIZED:   SIGNATURE   DATE

PAPERWORK REDUCTION ACT STATEMENT: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

CBP Form 3461 (10/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY/IMMEDIATE DELIVERY**

Form Approved
OMB No. 1651-0024

BOX: 256

JOSE G. FLORES, INC
P.O. BOX 9020695 SAN JUAN, PR 00902-2695
(787) 793-2400
19 CFR 142.3, 142.16, 142.22, 142.24

TEAM # 453

| 1. ARRIVAL DATE 122114 | 2. ELECTED ENTRY DATE 122214 | 3. ENTRY TYPE CODE/NAME 01 CONSMPTION | 4. ENTRY NUMBER 256-0333680-8 |
|---|---|---|---|
| 5. PORT 4909 | 6. SINGLE TRANS. BOND X 119 | 7. BROKER/IMPORTER FILE NUMBER 333680 | |
| | 8. CONSIGNEE NUMBER 66-028606800 | | 9. IMPORTER NUMBER SAME |
| 10. ULTIMATE CONSIGNEE NAME AIREKO CONSTRUCTION CORP LAS CASAS STREET LOT 20 INDUSTRIAL PARK CAGUAS  PR 00725 | | 11. IMPORTER OF RECORD NAME SAME | |
| 12. CARRIER CODE ZIMU | 13. VOYAGE/FLIGHT/TRIP 62E | 14. LOCATION OF GOODS-CODE(S)/NAME(S) M356  OPEN SPACE L-N | |
| 15. VESSEL CODE/NAME CFS PAGOLA | | | |
| 16. U.S. PORT OF UNLADING 4909 | 17. MANIFEST NUMBER 62E | 18. G.O. NUMBER | 19. TOTAL VALUE 77688 |
| 20. DESCRIPTION OF MERCHANDISE CELLSOLAR MODULE | | | |

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | ZIMUSNH7320986 | | 8541.40.6020 | CN | CNZHEWAN118HAN |
| H | BTDDDEP40050280 | 13 PKG | | | |

**27. CERTIFICATION**

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT

PHONE NO. (787) 782-7044 (FAX)
(787) 793-2400 (PHONE)

DATE 12/22/14

**28. CBP USE ONLY**

[ ] OTHER AGENCY ACTION REQUIRED, NAMELY:
[ ] CBP EXAMINATION REQUIRED
[ ] ENTRY REJECTED, BECAUSE:

29. BROKER OR OTHER GOVT. AGENCY USE

ZCSU8794484

IF SUBJECT TO INTENSIVE EXAMINATION

TRANSFER TO  M404
FROM ITS PIER LOCATION IS REQUESTED.
WE GUARANTEE PAYMENT FOR ALL CHARGES
AND EXPENSES AND ACCEPT
RESPONSIBILITY UNDER OUR BOND

DELIVERY AUTHORIZED:  SIGNATURE  DATE

PAPERWORK REDUCTION ACT STATEMENT: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

CBP Form 3461 (10/09)



BOX: 256

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
ENTRY/IMMEDIATE DELIVERY

Form Approved
OMB No. 1651-0024

JOSE G. FLORES, INC.
P.O. BOX 9020695 SAN JUAN, PR 00902-0695
(787) 793-2400

19 CFR 142.3, 142.16, 142.22, 142.24

| 1. ARRIVAL DATE 121514 | 2. ELECTED ENTRY DATE 121914 | 3. ENTRY TYPE CODE/NAME 01 CONSMPTION | 4. ENTRY NUMBER 256-0333665-9 |
|---|---|---|---|
| 5. PORT 4909 | 6. SINGLE TRANS. BOND X 119 | 7. BROKER/IMPORTER FILE NUMBER 333665 | |
| | 8. CONSIGNEE NUMBER 66-028606800 | | 9. IMPORTER NUMBER SAME |
| 10. ULTIMATE CONSIGNEE NAME AIREKO CONSTRUCTION CORP LAS CASAS STREET LOT 20 INDUSTRIAL PARK CAGUAS    PR 00725 | | 11. IMPORTER OF RECORD NAME SAME | |
| 12. CARRIER CODE ZIMU | 13. VOYAGE/FLIGHT/TRIP 23E | 14. LOCATION OF GOODS-CODE(S)/NAME(S) M344   MAERSK, INC-SEA LAND | |
| 15. VESSEL CODE/NAME STRO TRADER | | | |
| 16. U.S. PORT OF UNLADING 4909 | 17. MANIFEST NUMBER 23E | 18. G.O. NUMBER | 19. TOTAL VALUE 284856 |
| 20. DESCRIPTION OF MERCHANDISE SOLAR MODULE | | | |

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | ZIMUSNH7320985 | | 8541.40.6020 | CN | CNWANIMPZHE |
| H | BTDDDEP40050258 | 48 PKG | | | |

27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT

PHONE NO. (787) 782-7044 (FAX)
(787) 793-2400 (PHONE)

DATE 12/19/14

29. BROKER OR OTHER GOVT. AGENCY USE

FCIU8693600   ZCSU8762804

IF SUBJECT TO INTENSIVE EXAMINATION
TRANSFER TO M404
FROM ITS PIER LOCATION IS REQUESTED.
WE GUARANTEE PAYMENT FOR ALL CHARGES
AND EXPENSES AND ACCEPT
RESPONSIBILITY UNDER OUR BOND

28. CBP USE ONLY

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED

☐ ENTRY REJECTED, BECAUSE:

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

CBP Form 3461 (10/09)